# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2501 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 103 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 25802 |
| | : | |
| JOHN EDWIN COOPER, | : | (Erie County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 29th day of June, 2018, upon consideration of the Verified Statement of Resignation, John Edwin Cooper is disbarred on consent from the Bar of this Commonwealth, *see* Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).